Case 1:16-cr-00364-RDB Document 277-1 Filed 12/04/17 Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

**UNITED STATES OF AMERICA** :
:
**v.** : **Criminal No. RDB-16-0364**
:
**RODERICK BRUNSON** :

**ORDER**

Upon consideration of Defendant's Consent Motion to Modify Conditions of release, it is this 4th day of Dec, 2017, hereby

ORDERED that Mr. Brunson be permitted to travel to New Jersey for GED testing.

____________________________
United States Magistrate Judge