FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 MAY -2 PM 5:00
CLERK'S OFFICE
AT BALTIMORE
BY ________ DEPUTY

**PURPURA & PURPURA**

*ATTORNEYS AT LAW*

*THE BONAPARTE BUILDING*
*8 E. MULBERRY STREET*
*BALTIMORE, MARYLAND 21202*
*PHONE: 410-727-8550*
*FAX: 410-576-9351*

**William B. Purpura***
wpurpura@purpuralaw.com
* Admitted in MD, CA &
US District Ct., DC

**Christopher J. Purpura**
cpurpura@purpuralaw.com

Of Counsel
Marta K. Kahn*
mkkahn@yahoo.com
*Admitted in MD & VA

May 1, 2018

The Honorable Richard D. Bennett
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: United States of America v. Roderick Brunson
Criminal No.: RDB-16-0364
Request for Continuance of Self-Surrender

Dear Judge Bennett:

On March 5, 2018, Mr. Brunson was sentenced to twenty-four months. The Court granted Mr. Brunson's request to self-surrender and scheduled the surrender date for June 4, 2018. Mr. Brunson has consulted with an RDAP counselor, who believes that with Mr. Brunson's minimal sentence and his current surrender date, he would miss out on the opportunity to participate in the RDAP program. The RDAP counselor believes that if Mr. Brunson's surrender date is extended until July 6, 2018, he will be in a better position to take advantage of the RDAP program.

For the foregoing reason, it is respectfully requested that Mr. Brunson's self surrender date be extended until Friday July 6, 2018.

Thank you for your attention in this matter.

Respectfully submitted,

/s/

Christopher J. Purpura

cc: James Wallner, AUSA via ECF

MOTION GRANTED THIS 2nd DAY
OF MAY 2018.
[signature]
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE