**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. RDB-16-0364** |
| | : | |
| **RODERICK BRUNSON** | : | |

**<u>CONSENT MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE</u>**

Now Comes, the defendant, Roderick Brunson, by and through his attorney Christopher J. Purpura, and pursuant to 18 U.S.C. 3583(e), respectfully requests that this Honorable Court modify conditions of supervised release, and in support therefore, states as follows:

1) That on March 5, 2018, Mr. Brunson was sentenced to twenty-four (24) months incarceration after having had entered a guilty plea to Conspiracy to Distribute and Possession With Intent to Distribute- Heroin in violation of 21 U.S.C. 846.

2) That upon from release from incarceration, a period of two (2) years supervised release was ordered. In addition to standard conditions the Court ordered that for the first year of supervised release Mr. Brunson was restricted to his residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities per-approved by US Probation. Location monitoring has been put in place.

3) That in October 2019 Mr. Brunson was released from the halfway house to serve the remainder of his BOP sentence on home detention with location monitoring. That in January 2020, Mr. Brunson completed his BOP sentence and supervised release began. Pursuant to the judgement, Mr. Brunson was placed on a GPS anklet through United States Probation for monitoring.

4) That Mr. Brunson has been on supervised release and electronic monitoring for three (3) months without issue.

5) That Mr. Brunson respectfully requests that the condition requiring home detention with location monitoring be terminated as it is causing issues with work, family, and finances.

6) That Mr. Brunson is employed as a supervisor at Spectral Janitorial, a private sanitation company. Mr. Brunson drives a commercial truck throughout the State of New York picking up commercial waste. He also preforms estimates. He indicates that his work schedule varies daily as some contracts come in at the last minute and jobs take longer than expected making it difficult to coordinate with his US Probation Agent. Some days, Mr. Brunson is required to work 12+ hours. Difficulties in coordinating with US Probation results in Mr. Brunson losing out on additional hours and overtime.

7) That Mr. Brunson has two children, neither of whom currently reside with him. One child resides in the Bronx and the other in Queens. Neither of the children's mothers are able to drive. Under the current release conditions visits with his children are difficult and infrequent.

8) That Mr. Brunson's mother is in poor health and currently disabled. She recently had spinal surgery and will require an additional surgery. Mr. Brunson's younger brother, whom is autistic, resides with her. Under the current conditions, he is unable to visit her residence to help with her caretaking and assist her with his brother.

9) That the expense of the location monitoring is a financial hardship to Mr. Brunson. Mr. Brunson only recently started working and is starting to get back on his feet. The cost of location monitoring is making it difficult for Mr. Brunson to cover his other expenses.

10) Mr. Brunson is also unable to exercise. He indicates that he has gained twenty pounds since release. This is of increased concern to him as his family has a history of diabetes.

11) That counsel has had an opportunity to discuss this matter with Assistant United States Attorney, James Wallner. Mr. Wallner is opposed to this request.

WHEREFORE, it is respectfully, that this Honorable Court modify the current conditions of supervised release as outlined above to allow Mr. Brunson to complete the remainder of supervised with the burden of electronically monitored home detention.

Respectfully submitted,

/s/
___________________________________
Christopher J. Purpura, Esquire
Law Office of Purpura & Purpura
8 E. Mulberry Street
Baltimore, Maryland 21202
410.727.8550
#27327