**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO.: JKB-16-0364** |
| **RODERICK BRUNSON,** | **:** | |
| **Defendant** | **:** | |

**..oo0oo..**

**GOVERNMENT'S RESPONSE IN OPPOSITON TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America, by and through its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and James T. Wallner, Assistant United States Attorney for said District, responds in opposition to the Defendant's motion to modify his conditions of release, and in support says as follows:

1. On March 5, 2018, the Court sentenced the Defendant for his role as the New York-based source of supply of a drug trafficking organization (DTO) operating in Baltimore, Maryland. The Defendant supplied heroin to the DTO and placed members of the DTO in touch with others in New York who continued the flow of heroin to Baltimore.

2. After his guilty plea, the Defendant avoided being sentenced to a mandatory sentence of ten years because he met the "safety valve" requirements of U.S.S.G. § 5C1.3. Yet, even after this sentencing reduction, his final adjusted guidelines remained between 57 and 71 months.

3. The Court then sentenced the Defendant as outlined in his motion to 24 months in prison followed by a term of supervised release that included the first 12 months to be served on house arrest.

4. The Defendant now seeks to further reduce his already generous sentence by removing the requirement that he spend a few more months on house arrest (Ironically, at a time when most of the country is under similar instructions).

5. The Court's order allows the Defendant to work, go to church, court, the hospital, and only requires that he remain at home at night. The Defendant can even alter his schedule with the probation officer's approval.

Given the tremendous break the Defendant received after pleading guilty to being a source of supply of heroin, the Government objects to any further reduction in the Defendant's sentence.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: ____________________________
James Wallner
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2020, a copy of the foregoing Motion in Opposition was served on counsel of record, Christopher Purpura via ECF.

____________________________
James Wallner
Assistant United States Attorney