**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**

**v.**

**EPPS, *et al.*,**

**Defendants**

**CRIMINAL NO. RDB-16-0364**

**<u>ENTRY OF APPEARANCE</u>**

MADAM CLERK:

Please enter my appearance in this case as counsel for the United States of America.

Respectfully submitted,

Robert K. Hur
United States Attorney

*<u>/s/ Annie McGuire</u>*
Annie McGuire
Special Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
410-209-4863